**Alexander F. PUCILOWSKI, Jr., Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 2009–3101.**

United States Court of Appeals, Federal Circuit.

Dec. 10, 2009.

Steven L. Herrick, Tully Rinckey P.L.L.C., of Albany, New York, argued for petitioner. On the brief was Greg T. Rinckey.

Douglas K. Mickle, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director. Of counsel on the brief was Paul M. Schneider, Office of General Counsel, Federal Bureau of Prisons, of Washington, DC.

Before MAYER, PLAGER, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* See Fed. Cir. R. 36.